FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 08 2024

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

In The United States District Court
For The Northern District Of Georgia
Atlanta Division

Willie Bruce Bryant     Case action File no.
         Plaintiff

# 1:24-CV-0085

Steven Orr in his     Jury Demand
individual Capacity
         Defendant

Renewal Complaint For Damages

Pursuant to O.C.G.A 9-2-60 and 9-11-41(b)(e)
Willie Bruce Bryant hereby files this
Renewal Complaint For Damages

I.

Six months have not passed since
the involuntary dismissal without prejudice
by the district court in Northern District
Of Georgia on August 24, 2023 for Plaintiff's
failure to comply with a lawful court order
under local Rule 41.3 NDGa. 1:21CV-0314 VMC

Nature Of The Case

2.

This is a civil rights case. One afternoon
in February 2019, Mr. Willie Bryant ordered

1.

lunch at a Checkers during his break (as a semi-truck driver). When his order was ready, he picked up his food from the window, sat at an outdoor table and ate while listening to music on his headphones.

He noticed two Clayton County sheriffs officers pulled up in separate cars when he was finishing his lunch when Mr. Bryant walked across the street toward the area where his truck was parked, the officers pulled up in their cars, stopped him and asked if he had anything on him they "should know about" They told him they saw him loitering at Checkers. This was not true. Ultimately the officers arrested Mr Bryant. This too was baseless.

Because there was no arguable reasonable suspicion for the stop, and because there was no arguable probable cause for the arrest Mr Bryant has a viable claim against Steven Orr.

### Parties

3.

Plaintiff Willie Bruce Bryant is a resident of Gwinnett County, Georgia, and is subject to the jurisdiction of this Court.

2-

## 4.

Defendant Steven Orr was employed by the Clayton County Sheriff's Office. Orr is sued in his individual capacity. At all times relevant to this complaint, Orr acted under the color of law.

### Venue

## 5.

All acts or Omissions alleged in this complaint occured in the Northern District of Georgia, and therefore venue is properly within this district under 28 U.S.C. § 1391 (b)(2)

### Jurisdiction

## 6

Jurisdiction for this suit is conferred in part by 42 U.S.C § 1983 which provides in part:

Every person who, under color of any statute ordinance regulation, custom or usuage of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities

3.

Secured by the Constitution and laws shall be liable to the party injured in an action at law suit in equity, or othe proper proceedings for redress.

### 7.

Under 28 U.S.C. §§ 1331 and 1343 (a)(3)+(4) can entertain an action to redress a deprivation of rights guaranteed by the United States Constitution and the Court has jurisdiction under 28 U.S.C § 1367 to hear an action to redress a deprivation of rights guaranteed by the laws and the Constitution of the State of Georgia.

### Facts
### The Incident

### 8.

On February 26, 2019 Mr Bryant who drove a semi truck for Pratt Recycling was dispatched to little Giants Farmer's Market on Upper Riverdale Road in Georgia. He parked his truck behind the store, and after talking with an employee of the Market, walked across the street to the Checkers to have lunch and take his break.

### 4.

## 9.

Mr Bryant ordered his food and paid with debit card. When his order was ready he picked up his food from the window set at a table and ate his lunch while listening to music on his head phones. While he was eating, his mother called his cell phone, and he finished his lunch while talking to her.

## 10.

Mr Bryant noticed two Clayton County sheriffs officers pulled up in separate cars when he was finishing his lunch.

## 11.

While still speaking with his mother on the phone, Mr Bryant got up from the table, threw his trash in the trash can, and began to walk past the officers As he was eating Mr. Bryant noticed they were watching him and he told his mother he would call her back.

5.

12.

When Mr. Bryant walked across the street toward the area where his truck was parked, the officers pulled up in theirs cars stopped him and asked if he had anything on him they "should know about". Upset and using colorful language. Mr Bryant asked why they were stopping him.

13.

The officers told Mr Bryant they saw him loitering' at Checkers. the assisting officers ran up to him, pointed his Taser at him, using colorful language himself ordered Mr Bryant to turn around and place his hands behind his back and then handcuffed him.

14.

Orr and the assisting officer patted Mr Bryant down and placed him in the back of one of the patrol cars. The assisting officer removed Mr Bryants drivers license from his wallet, and he called dispatch to run 28's and 29'on him. When dispatch told the assisting officer that Mr Bryant was clear

6

The assisting officer and Orr talked
to each other for a little while,
then told Mr Bryant to get out
of the car the assisting officer
removed the handcuffs from Bryant.

### 15

Orr Told Mr Bryant that they had
a call that Mr Bryant was sitting
at checkers without ordering any
food Mr Bryant did not believe that
was true and wanted them to go
with him to checkers so that he
could be identified by the person
who called, Orr said don't tell me
how to do my job.

### 16

Bryant, the assisting officer and Orr
exchanged words and Mr Bryant
turned on his cell phone to start
recording the incident, The assisting
officer again placed handcuffs on
Bryant and told Orr that he was
taking Bryant in.

### 7.

17

The assisting officer told Bryant that his truck and trailer were going to sit where Bryant parked them. Bryant insisted that his truck and trailer be towed, not left behind the shopping center.

18

The assisting officer got out of the patrol car, and after having another discussion with Orr took Mr Bryant out of the car removed the handcuffs and told Mr. Bryant that he was free to go.

19

Mr Bryant then called 911 and told his story to the 911 Operator, and he asked for a supervisor to come to the scene to investigate; no one came to investigate.

20.

Mr Bryant suffered extreme stress and anxiety when twice arrested by Orr and the assisting officer

8.

21

As a direct and proximate cause the unlawful arrest, prolonged detention and prosecution, Mr Bryant experienced humiliation, extreme anxiety and severe emotional distress.

Count 1

42. U.S.C.§ 1983: Unlawful Seizure/ False Arrest in Violation of the Fourth Amendment

22.

Mr Bryant incorporates paragraphs 1 through 21 here by this reference.

23

Based Upon his experience Steven Orr's knowledge and training as a law enforcement officer Steven Orr knew or should have known that no arguable probable cause much less probable cause existed to believe that Mr Bryant committed a crime in February 2019

9.

## 24.

An objectively reasonable law enforcement officer in Steven Orr's position would have known that no arguable probable cause existed to arrest Mr Bryant for crimes relating to loitering or any other crime.

## 25.

At all times relevant to this action the law was established with obvious clarity that arresting a citizen without arguable probable cause and depriving a citizen of his liberty violates the Fourth Amendment to the United States Constitution and the Georgia Constitution (Art I, § 1, ¶¶ I & XIII)

## 26

As a direct and proximate cause of Steven Orr's acts and omissions Mr Bryant was detained and arrested against his will, entitling him to to compensatory, punitive damages in the amount of 45 million dollars.

### Count 2
### O.C.G.A 51-7-40

10.

## False Arrest Under State law

### 27.

Mr Bryant incorporates paragraphs 1 through 21 here by this reference

### 28.

Steven Orr initiated an arrest of Bryant for loitering knowing that no probable cause existed to believe that Bryant violated this Georgia statute or committed any crime recognized by law.

### 29

Steven Orr initiated this arrest and prosecution of Bryant with malice

### 30

As a result of the arrest entitling Bryant to 45 million dollars

### 31

Plaintiff recommences this action within six months following the involuntary dismissal without prejudice by the district court dated August 24, 2023 for failure to comply with a lawful court order 41.3LR pursuant O.C.GA 9.2-60 and 9-11-41 (b)(e) 1:21 CV 0314 VMC

11

32

Steven Orr was not validly
Served in accordance with Rule
4 frcp and 9-11-4 O.C.GA. in case
1:21CV0314.VMC

33.

Steven Orr is no longer emloyed
with the Clayton County Sheriff's Office

Whe-efore, Mr Bryant respectfully
request a jury trial.

Respectfully Submitted
Willie Bruce Bryant
January 8, 2024

12.

 **REGIONS**

**Regions Bank**
Conyers Main
1848 Hwy 138, SE
Conyers, GA 30013

March 5, 2019

Willie B Bryant
2047 Cliffton Terrace
Snellville, GA 30039

Dear Mr. Bryant:

Per your request I am writing this letter to confirm your Checker's purchase in the amount of $11.49 was swiped on February 26, 2019. The Checker's restaurant location shows as Jonesboro, GA, postal code 30236, store number 6150.

The posting date is February 28, 2019 as the processing date is not always immediate.

Please see the attached transaction printout showing the posting date and if you need further assistance, do not hesitate in reaching back out to us.

Thank you as always for choosing Regions.

Sincerely,

Ceci Butler, Branch Manager
Assistant Vice President

Member FDIC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

WILLIE BRUCE BRYANT,

      Plaintiff,

v.

SGT. STEVEN ORR, *in his individual capacity*, and DEPUTY JARMAN BROWN, *in his individual capacity*,

      Defendants.

Civil Action No.
1:21-cv-00314-VMC

## ORDER

On February 13, 2023, the Court denied Defendants Sergeant Steven Orr and Deputy Jarman Brown's Motion to Dismiss (Doc. 56) and Plaintiff Willie Bruce Bryant's Motion to Strike (Doc. 63), but found that Plaintiff had not yet sufficiently served Defendants and required him to do so no later than March 20, 2023. (Doc. 72).

On March 7, 2023, after continued unsuccessful attempts at service on the Clayton County attorney, the Court advised Plaintiff that he must either "deliver[] a copy of the summons and of the complaint to [each Defendant] personally" or "leav[e] a copy of each at [each Defendant's] dwelling or usual place of abode with someone of suitable age and discretion who resides there." If he failed to do so, the Court warned, his case would be dismissed without prejudice. (Doc. 86).

Plaintiff instead appears to have attempted to serve Defendants through delivery of the summons and complaint to their counsel, Freeman Mathis & Gary, LLP. (Docs. 89, 90, 91-2, 91-3, 91-4).

Defendants again moved to dismiss on the ground of insufficient service. (Doc. 91). Mr. Bryant filed a response (Doc. 92), citing to footnote 1 in the Court's Standing Order, which provides, "Once counsel for a defendant has appeared in the case, it is not necessary to serve the defendant individually; service on counsel is sufficient." (Doc. 70 at 8, n. 1). Mr. Bryant neglects to provide the text prior to the footnote, however, which states, "A pro se plaintiff is required to provide the Clerk with an original of **any further pleadings or other papers filed with the Court after the complaint** and is further required to serve upon the defendant(s) or counsel for the defendant(s)[1] by mail or by hand delivery under Rule 5 of the Federal Rules of Civil Procedure, **a copy of every additional pleading or other paper described in Rule 5 of the Federal Rules of Civil Procedure**." (Doc. 70 at 8 (emphasis added; the superscript shows the location of the footnote reference)). The language of the Court's Standing Order does not remove the initial service of process requirement for a summons and complaint. And service of a summons and complaint on a defendant's attorney, unless that defendant has expressly authorized the attorney to accept such service, is insufficient. Here, Defendants did not authorize such service. Therefore, they have not been adequately served.

Further, Mr. Bryant did not comply with the Court's Order (Doc. 86), which informed him of the appropriate means of service on the Defendants. Accordingly, the Court will **DISMISS** his claims without prejudice for failure to comply with a lawful court order. *See* Local Rule 41.3, NDGa.

Defendants' Motion to Dismiss (Doc. 91) is **DENIED** as moot. Plaintiff's Motion for Entry of Default (Doc. 95) is **DENIED** as moot. The Clerk is directed to close this case.

**SO ORDERED** this 24th day of August, 2023.

Victoria Marie Calvert
United States District Judge



**Clayton County**
# SHERIFF'S OFFICE

Victor Hill
Sheriff

## COMPLAINT FORM

**Name:** Willie Bruce Bryant

**Address:** 2047 Cliffton Terrace, Snellville GA 30039

**Phone Number(s):** 678 907 5839

**E-mail Address:** willie.bryanth@icloud.com

**Date of Birth:** December 20, 1967

**Date & Time of Incident:** February 26 2019 1500hrs

**Location of Incident:** 399 Upper Riverdale Rd Jonesboro, GA

**Witnesses: Name, address & phone number(s):**

Surveillance Cameras at Checkers across the street from little Giants farmers market, and Cameras in Tara Shopping Center.

Page 1 of 4



## Clayton County
# SHERIFF'S OFFICE

Victor Hill
Sh.

**Officers/Deputies Involved: Name, rank and/or description:**

Sgt Orr   and deputy Brown

## DESCRIPTION OF INCIDENT
### (Please describe the incident in detail)

On February 24, 2019 I Willie Bruce
Bryant was dispatched to little Giants
Farmers Market, Located at 399 Upper
Riverdale rd Jonesboro, GA from pratt
recycling located at 1800 Sarasota Business
Parkway in Conyers, GA to pick up
Card board bales
Upon arrival at approximately 1500
hrs, I parked the company's Tractor
and trailer in the rear of the store

Page 2 of 4

CCSO-0002



## Clayton County
# SHERIFF'S OFFICE

Victor Hill

---

### DESCRIPTION OF INCIDENT CONTINUED....

and walked to the front of little Giants
farmers Market and made contact
with a white male employee of the
Store name unknown who was exiting
the store. I ~~approach~~ approached
him in the parking lot, he said
that it was more lively at a funeral
Home, than in the store. I said that
slow he said yep I'm headed to
the house. I said do y'all have
any bales, he said no One of
y'all truck came by the other day,
and got 'em all.
    I said ok have a good one
and walked into the store and
bought a fantasy 5 lotto ticket
Quick pick from the vending machine.
and walked across the street
to Checkers to take my 30
minute break.
    I walked up to the order window
and made eye contact with the
white male at the pick up

CCSO-0003



**Clayton County**
# SHERIFF'S OFFICE

Victor Hill

## DESCRIPTION OF INCIDENT CONTINUED....

window, we gave each other a
fist bump. I said what up,
he said just another day.
Checkers employee black female
working the drive thru and the
walk up window opened the
window and said she would be
with me in a minute, I said ok
and turned and leaned on the
chrome hand rails, with my Prdre
or beats by dre ear buds that
I never leave home without
waited bobbing my head to the
music. a white female parked
her bicycle and ~~started to walk toward~~
started walking up towards the
order window she left her bike
in the table area, a Mexican or
hispanic female with a small
child (Boy-Mexican appeared to be
5yrs of age sat a the table
where the white female parked
her bike

Page 3 of  ( |



## Clayton County
# SHERIFF'S OFFICE

Victo Hil

### DESCRIPTION OF INCIDENT CONTINUED....

the black female working the window
opened the order window and said
sorry for the wait what will
you have, I said a number (7)
a spicy chicken with fries and
add a spicy chicken sandwich
sandwich add bacon and cheese to
both with a bottle of water, I
paid for my order with my regions
bank debit card, when the black
female opened the window to give
me my card and receipt the
white female who parked her
bike asked could she sit with
her friend in the table area (the
mexican or hispanic female with
the young boy mexican or hispanic
while her mexican friend waited
on a ride.
   The Black female (Checkers employee)
said yes thats fine. I waited
at the pick up window, got my
food and sat in the table

Page 3 of 5



**Clayton County**
# SHERIFF'S OFFICE

Victim Hill

### DESCRIPTION OF INCIDENT CONTINUED....

area and began to eat my food.
Still listening to my music, and
felt good outside didnt need
on jacket no rain, I'm just
chillin, My phone rang it was
my mom, while I'm talking to
my mom sitting at the eating
two Clayton County deputy pulled
into Checkers parking lot in
separate patrols car's and directly
in front of table area My mom
said it sounds like you are eating
I said yea I'm at Checkers
across the street from one
of my stops. She said she has
just came back from taking
her MRI and we started talking
about R Kelly's arrest and
Trump crazy ass wo both
were laughing cuttin up I
notice the two Clayton County
sheriff's deputies just sitting
there watching.

Page 3 of 4



Clayton County
# SHERIFF'S OFFICE

Victor Hill

---

## DESCRIPTION OF INCIDENT CONTINUED....

ebonically speaking, Just posted
up sweat.n Ms J after I was
done eating I got up from
the table and threw the
empty bottle and bag in the
trash and walked past both
of the Clayton County Sherrif's
who were sitting watching
me suddenly I got a bad vibe
after I past the patrol cars, I
told my Mom I would call her
later on I crossed the street
back into Tara Shopping Center
where little Giant farmers is located
going to the Truck to head back
to Conyers and pe in my peripheral
the two Clayton County deputies
were approaching me and stop
their units, and told me
to come here, the Officers got
out of their patrol units said
do you have anything on you
that I need to know about

Page 3 of 7



**Clayton County**
# SHERIFF'S OFFICE

Victor Hill

---

### DESCRIPTION OF INCIDENT CONTINUED....

I said first of all what the Fuck is this about, Both officers are African American ("Blacks") said hey watch your mouth. The officers said we got toord that you didn't buy any food you were just sitting over there loitering.

I said y'all were sitting there watching me eat and saw me get up and threo my thrash away they both said we didn't see nothing I said you are telling a lie the younger Officer Black who was later identified as Brown ran up to me with his teser pointed at me he asked me who the fuck was I talking to I said you, he you don't know who the fuck you fucking talking to turn around and put yo hands behind back thats disorderly conduct, he ~~Acto~~ said

CCSO-0008



Clayton County
# SHERIFF'S OFFICE

Victor Hill

---

### DESCRIPTION OF INCIDENT CONTINUED....

wait a minute put ~~hand~~ yo hands
on the car. and patted me down
and handcuffed me, and placed
me in the patrol unit. The
other officer later identified
as Sgt Orr. Brown took my
driver license from my wallet
and radioed dispatch to run
28's and 29's on a Willie Bruce
Bryant dispatch replied that
Subject is current and clear out
of Roswell GA
  Brown and Sgt Orr talked
for a little bit, Brown opened
the door and told me to step
out of the car and turn around
Brown removed the handcuffs
 Sgt Orr said ~~too~~ we are trying
to work with you, I said
how are you trying to work
with ~~you~~ me by violating
my civil Rights, he said
we got a call that you were

Page 3 of ~~4~~ ~~10~~  9



Clayton County
# SHERIFF'S OFFICE

Victor Hill
Sheriff

## DESCRIPTION OF INCIDENT CONTINUED....

Sitting at Checkers without
making a purchase I said
well put me back in the
car & take me over to Checkers
and let me be positively be
identified by my accuser
Sgt Orr told me you aint
gonna tell any me how to
do my Job. I said that is
confirmation that y'all are
full of fuckin shit
Sgt Orr said you need to
calm down I said look man
Sgt Orr said don't call me
man, you are gonna call me
Sgt Orr I said Look man
I said how the fuck would
you feel if the po po
Rolled up on you with
an illegal stop and frisk
fucking writ U. Sgt Orr
said you are to fucking
mouthy

CCSO-0010



## Clayton County
# SHERIFF'S OFFICE

Victor Hill

### DESCRIPTION OF INCIDENT CONTINUED....

I told Sgt Orr You didn't
approach me on the premises
where I allegedly committed
the crime while sat and
watched me nor did you
talke back to the scene
where you alleged I committed
a crime. So you can quit
looking for me to kiss yall
ass.
   I damn sure hope you are
familiar with Terry vs Ohio.

Brown said you aint gonna
be talking to my sgt like
that I said I'm talking
to yo ass too I turned
on my cell phone and started
videoing. Brown hand cuffed
me again and told B Sgt
Orr he was talking me
in Brown said radioed
dispatch and said I have

Page 3 of 11



**Clayton County**
# SHERIFF'S OFFICE

Victor Hill

## DESCRIPTION OF INCIDENT CONTINUED....

One in custody, Brown said
to me after placing me
back in the patrol car
"you know when go to
jail that truck is gonna
sit in the back of the store's
parking lot, I said no the
fuck it ain't call a tow
truck have it towed I
want this recorded all as
one event you have violated
my 4th amendment rights
and the god damn trucks
too.
    I am the operator of
that vehicle, and I am operating
within law and yall come
up to me with this fake
fucking shit.
    I aint the one who broke
the law yall have
Brown got out of the patrol car

Page 3 of 4

CCSO-0012

## Clayton County
# SHERIFF'S OFFICE

Victor Hill

### DESCRIPTION OF INCIDENT CONTINUED....

h.m and Sgt Orr tallsed
after I was placed under
arrest for disorderly Conduct
Brown return to patrol
after the discussion, took
me out of the patrol car
un arrested by taking the
hand cuffs and told me I
was free to go ~~I called 911~~
I called 911 and told the
911 operator I was arrested
twice and un arrested twice
by Sgt Orr and deputy
Brown I requested a supervisor
The refused to send anyone.

Conclusion

The surrounding businesses
as well as Checkers cameras
can support this statement

I Willie Bruce Bryant under
penalty of pejury swear ~~te~~

Page 3 of 4 
13

| User: JCARR | **CLAYTON COUNTY SHERIFF'S DEPARTMENT** | 07/13/2021 18.35.26 |
|---|---|---|

## Event Report

Event ID: 2019-0064955          Call Ref #: 464                                                Date/Time Received: 02/26/2019 15 17:39

| Rept #: | Call Source : SELF | Prime Unit : | COB5 BROWN, JARMAN | Service Involved | | |
|---|---|---|---|---|---|---|
| | | | | LAW | | |

Location: 399 UPPER RIVERDALE RD SE

| X-ST: | *ARROWHEAD BLVD* | | Jur CAD | Service LAW | Agency CCSO |
|---|---|---|---|---|---|
| | *LEES MILL RD* | | St/Beat: 41 | District: PDS4 | RA A142 |

Business: LITTLE GIANT FARMERS MARKET 2                    Phone:

| Nature: SUSPICIOUS PERSON | | Alarm Lvl 1 | Priority 2 | Medical Priority: |
|---|---|---|---|---|
| Caller | | Alarm | Call Taker JALWILLIAMS | |
| Addr: | Phone: | Alarm Type: | Console: CADPOS11 | |
| Vehicle: | St: GA | Report Only No | Race: | Sex. | Age: |
| Geo-Verified Addr: Yes | | Nature Summary Code | Disposition: CD8 | Close Comments: |

Notes:
CALR IS BEHIND LITTLE GIANTS CALR IN TT WHI HAS TRATT RECYCLING ON SIDE [02/26/19 15 36:10 DHUNTER2]
AGAINST SGT ORR CALR HAS IT ON VIDEO [02/26/19 15.35.36 DHUNTER2]
MALE NAME BRYANT WILLIE BRUCE [02/26/19 15:34:51 DHUNTER2]
MALE NUMBER 678 907 5839 [02/26/19 15:33:16 DHUNTER2]
MALE NOW THREATENED TO TAKE THEM TO COURT [02/26/19 15 33:09 DHUNTER2]
CALR ON PHN REF TO OFFICERS CUFFED HIM IN CAR AND THEN RELEASED HIM THEN CUFFED HIM THEN RELEASED HIM SAID HE WAS LOITERING ON
PROPERTY SAID PARKED TRUCK AT WENT TO CHECKERS [02/26/19 15:32:47 DHUNTER2]
UDTS [COB5] IN CUSTODY [02/26/19 15:25:16 JALWILLIAMS]
UDTS [COB5] SUBJECT DETAINED [02/26/19 15:17:57 JALWILLIAMS]
BLU JEANS [02/26/2019 15:17:39 JALWILLIAMS]

### Times

| | | | |
|---|---|---|---|
| Call Received: 02/26/2019 15:17:39 | Time From Call Received | | |
| Call Routed: 02/26/2019 15:17:39 | 000:00:00 | | |
| Call Take Finished: 02/26/2019 15:17:39 | 000:00:00 | Unit Reaction: 000:00 00 | (1st Dispatch to 1st Arrive) |
| 1st Dispatch: 02/26/2019 15:17:39 | 000:00:00 (Time Held) | En-Route: 000:00:00 | (1st Dispatch to 1st En-Route) |
| 1st En-Route: 02/26/2019 15:17:39 | 000:00 00 | On-Scene: 000 18 50 | (1st Arrive to Last Clear) |
| 1st Arrive: 02/26/2019 15:17:39 | 000:00:00 (Reaction Time) | | |
| Last Clear: 02/26/2019 15:36:29 | 000:18.50 | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| COB5 | 26745 | D | Dispatched | 02/26/2019 15:17 39 | BLU JEANS | | JALWILLIAMS |
| COB5 | 26745 | E | En-Route | 02/26/2019 15 17 39 | BLU JEANS | | JALWILLIAMS |
| COB5 | 26745 | A | Arrived | 02/26/2019 15 17 39 | BLU JEANS | | JALWILLIAMS |
| COB5 | 26745 | DET | [COB5] SUBJECT DETAINED | 02/26/2019 15 17 57 | | | JALWILLIAMS |
| SO25 | 14868 | D | Dispatched | 02/26/2019 15 22 17 | PAN | | JALWILLIAMS |
| SO25 | 14868 | E | En-Route | 02/26/2019 15 22 17 | PAN | | JALWILLIAMS |
| SO25 | 14868 | X | Canceled | 02/26/2019 15 22 23 | | | JALWILLIAMS |
| COB5 | 26745 | IC | [COB5] IN CUSTODY | 02/26/2019 15.25.16 | | | JALWILLIAMS |
| COB5 | 26745 | C | Cleared | 02/26/2019 15 36.29 | CD8 | CD8 | JALWILLIAMS |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 02/26/2019 15:17:39 | By: SELF | | JALWILLIAMS |
| | | FIN | Finished Call Taking | 02/26/2019 15:17:39 | | | JALWILLIAMS |
| | | ARM | Added Remarks | 02/26/2019 15:17:57 | | | JALWILLIAMS |
| | | RSW | Reset Watchdog Timer | 02/26/2019 15:17:57 | Units: COB5 >>> 5Min. | | JALWILLIAMS |
| COB5 | 26745 | ENT | Added Related Name | 02/26/2019 15:18 32 | [ID: 1945819] UNIT:COB5 BY OLN: 059346908,GA | | JALWILLIAMS |
| COB5 | 26745 | PERQ | QRY: PER | 02/26/2019 15 18.32 | UNIT:COB5 DOB=1/1/0001 12:00:00 AM, OLNState=GA, OLN=0593469 | | JALWILLIAMS |
| | | ENT | Entered memoNmComments | 02/26/2019 15:19:17 | valid am | | JALWILLIAMS |
| | | ARM | Added Remarks | 02/26/2019 15:25:16 | | | JALWILLIAMS |
| | | RSW | Reset Watchdog Timer | 02/26/2019 15:25:21 | Units: COB5 >>> 10Min. | | JALWILLIAMS |
| | | ARM | Added Remarks | 02/26/2019 15:32:47 | | | DHUNTER2 |
| | | ARM | Added Remarks | 02/26/2019 15 33:09 | | | DHUNTER2 |
| | | ARM | Added Remarks | 02/26/2019 15:33:16 | | | DHUNTER2 |
| | | ARM | Added Remarks | 02/26/2019 15:34:51 | | | DHUNTER2 |
| | | ARM | Added Remarks | 02/26/2019 15:35:36 | | | DHUNTER2 |
| | | ARM | Added Remarks | 02/26/2019 15:36:10 | | | DHUNTER2 |

| Related Names | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Mobile Ph | Work Ph |
| BRYANT, WILLIE B | QUERY | | M | 510 | 190 | BROWN | 12/20/1967 | 51 | | | |

State OLN: GA 059346908
Notes: valid am

CCSO-0016

| User: JCARR | **CLAYTON COUNTY SHERIFF'S DEPARTMENT** | 07/13/2021 18:27:34 |
|---|---|---|

## Event Report

| Event ID: 2019-0064979 | Call Ref #: 488 | | Date/Time Received: 02/26/2019 15:37:06 |
|---|---|---|---|

| Rept #: | Call Source: W911 | Prime Unit: | Service Involved | LAW | | | | |
|---|---|---|---|---|---|---|---|---|

| X-ST | Location: 399 UPPER RIVERDALE RD SE |  |  |  |
|---|---|---|---|---|
|  | *ARROWHEAD BLVD* |  | Jur: CAD | Service: LAW | Agency: CCSO |
|  | *LEES MILL RD* |  | St/Beat: 41 | District: PDS4 | RA: A142 |
|  | Business: LITTLE GIANT FARMERS MARKET 2 | Phone: |  |  |  |

| Nature: **INFO FOR OFFICER** | Alarm Lvl: 1 | Priority: 3 | Medical Priority: |
|---|---|---|---|

| Caller: BRUCE BRIAN WILLIE |  | | Alarm | Call Taker: DHUNTER2 |
|---|---|---|---|---|
| Addr: 1 LEES MILL RD | Phone: (678) 907-5839 | | Alarm Type | Console: CADPOS8 |

| Vehicle: | St: | Report Only: No | | Race | Sex | Age: |
|---|---|---|---|---|---|---|
| Geo-Verified Addr: Yes | | Nature Summary Code: | Disposition: PNN | | Close Comments: | |

| Notes | CALR ADV HE PARKED THERE AND WENT TO EAT AT CHECKERS THEY TOLD HIM THEY WERE ARRESTING HIM FOR LOITERING THEY HAND CUFFED HIM THEN LET HIM GO [02/26/19 15:44:14 DHUNTER2]<br>COB2 MAKING S17 TO COMPL [02/26/19 15:39:51 JALWILLIAMS]<br>CALR IS BEHIND LITTLE GIANTS CALR IN TT WHI HAS TRATT RECYCLING ON SIDE [02/26/19 15:36:10 DHUNTER2] [02/26/19 15:39:44 DHUNTER2]<br>SUBJ REQ SUPERVISOR OUT REF TO TWO OFFICERS ARRESTING HIM THEN RELEASING HIM [02/26/19 15:38:32 DHUNTER2] |
|---|---|

### Times

| | | | |
|---|---|---|---|
| Call Received: 02/26/2019 15:37:06 | Time From Call Received | | |
| Call Routed: 02/26/2019 15:38:33 | 000:01:27 | Unit Reaction: : | *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: 02/26/2019 15:38:33 | 000:01:27 | En-Route: : | *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch | : *(Time Held)* | On-Scene: : | *(1st Arrive to Last Clear)* |
| 1st En-Route | : | | |
| 1st Arrive | : *(Reaction Time)* | | |
| Last Clear | : : | | |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
|  |  | TR | Time Received | 02/26/2019 15:37:06 | By: E911 |  | DHUNTER2 |
|  |  | ENT | Entered Street | 02/26/2019 15:37:06 | 6019 OLD DIXIE RD - SE SECTOR,FORE |  | DHUNTER2 |
|  |  | DLS | Duplicate List | 02/26/2019 15:37:09 | Potential Duplicate Events Listed (3 |  | DHUNTER2 |
|  |  | CHG | Changed Street | 02/26/2019 15:37:12 | 1 LEES MILL RD --> 399 UPPER RIVERDALE RD SE |  | DHUNTER2 |
|  |  | ENT | Entered Nature | 02/26/2019 15:37:17 | INFO FOR OFFICER |  | DHUNTER2 |
|  |  | CHG | Changed Agency_CallInfo | 02/26/2019 15:37:24 | CCPD --> |  | DHUNTER2 |
|  |  | ENT | Entered Agency_CallInfo | 02/26/2019 15:37:30 | CCSO |  | DHUNTER2 |
|  |  | CHG | Changed CallGroup | 02/26/2019 15:38:09 | SEC4 --> SOADM |  | DHUNTER2 |
|  |  | ARM | Added Remarks | 02/26/2019 15:38:32 | |  | DHUNTER2 |
|  |  | FIN | Finished Call Taking | 02/26/2019 15:38:33 | |  | DHUNTER2 |
|  |  | VCHS | Viewed Call History | 02/26/2019 15:38:42 | Location Information |  | DHUNTER2 |
|  |  | ARM | Added Remarks | 02/26/2019 15:39:44 | |  | DHUNTER2 |
|  |  | ARM | Added Remarks | 02/26/2019 15:39:51 | |  | JALWILLIAMS |
|  |  | CHG | Changed CallerName_CallIn | 02/26/2019 15:40:29 | SPRINT --> BRUCE BRIAN WILLIE |  | DHUNTER2 |
|  |  | CAN | Event Cancelled | 02/26/2019 15:41:29 | | PNN | JALWILLIAMS |
|  |  | ARM | Added Remarks | 02/26/2019 15:44:14 | |  | DHUNTER2 |

### Related Names

| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Mobile Ph | Work Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BRUCE, BRIAN WILLIE | Caller | | | | 0 | | | | (678) 907-5839 | | |
| Address | LEES MILL RD FOREST PARK GA 30297 | | | | | | | | | | |



## Clayton County
# SHERIFF'S OFFICE

Victor Hill

TO: Captain S. Johnson

FROM: Lieutenant J. Manning #15592

SUBJECT: Complaint #2019FI004

DATE: 06 March 2019

Appendix I: Complaint 2019FI004

Appendix II: Willie Bryant Complaint

Appendix III: Sgt Orr's Statement

Appendix IV: Deputy Brown's Statement

Appendix V: Loitering and Disorderly Conduct

Appendix VI: Law Enforcement/Citizen Encounters

Appendix: Summary and Recommendation



# Clayton County
# SHERIFF'S OFFICE

Victor Hill

TO: Captain S. Johnson

FROM: Lieutenant J. Manning #15592

SUBJECT: Complaint #2019FI004

DATE: 06 March 2019

On 3/6/2019 I reviewed the complaint submitted by Mr. Willie Bryant. Mr. Bryant stated he was in the area of 399 Upper Riverdale Rd. in order to retrieve recyclables from the Little Giants Farmers Market. While in the area Mr. Bryant walked to the Checkers restaurant, ordered and ate lunch and returned to Little Giants. Upon returning to the Little Giants Mr. Bryant was approached by Sgt S. Orr and Deputy J. Brown. Mr. Bryant did admit to saying, "What the fuck is this about." Mr. Bryant stated Deputy Brown said, "You don't know who the fuck you are talking to, turn around and put your hands behind your back, that's disorderly conduct." Mr. Bryant stated he was searched and items retrieved from his pockets. Mr. Bryant was then placed in the rear of a patrol vehicle. A few minutes later Mr. Bryant was released from the handcuffs. Mr. Bryant then stated he asked why he was being treated this way and Sgt Orr explained to him they were investigating a loitering offense. Sgt Orr stated the Checkers employee relayed information that Mr. Bryant did not purchase anything from Checkers. Mr. Bryant explained he did purchase food and his credit card could prove this. Mr. Bryant further states he would like to be returned to Checkers to prove he did in fact order food. Mr. Bryant stated Sgt Orr said, "Don't tell me how to do my job." Ultimately Mr. Bryant was placed back into handcuffs and again placed into the rear of the patrol vehicle. After a brief period Mr. Bryant was released. Mr. Bryant stated he retrieved his cellular telephone and began to record Sgt Orr and Deputy Brown.



Clayton County
# SHERIFF'S OFFICE

Victor Hill

TO: Captain S. Johnson

FROM: Lieutenant J. Manning #15592

SUBJECT: Complaint #2019FI004

DATE: 06 March 2019

On 3/6/2019 I spoke with and reviewed Sgt S. Orr's statement. Sgt Orr stated he observed a male walk from the Checkers on Upper Riverdale at Tara Blvd towards 399 Upper Riverdale Rd. Due to the loitering in this area Sgt Orr stated he instructed Deputy J. Brown to have a Checkers employee come meet with them. Sgt Orr stated the Checkers worked stated the male in question did not purchase any food. Sgt Orr instructed Deputy Brown to stop the male, later identified as Mr. Willie Bryant, and ask why he was in the area. While Deputy Brown was speaking with Mr. Bryant Sgt Orr observed the exchange getting excited. Sgt Orr stated he went over to Deputy Brown and Mr. Bryant and attempted to explain to Mr. Bryant why they were speaking with him. Mr. Bryant would not listen and Sgt Orr observed Deputy J. Brown place Mr. Bryant into handcuffs. Sgt Orr attempted to speak with Mr. Bryant who would not answer any questions. Sgt Orr stated he instructed Deputy Brown to release Mr. Bryant. Once released Sgt Orr attempted to get Mr. Bryant's name and date of birth but Mr. Bryant refused and became verbally aggressive. Sgt Orr stated at this point Deputy Brown placed Mr. Bryant back into handcuffs, relayed over his county issued radio to Clayton County Communications that he had one male in custody, and began to search Mr. Bryant's person retrieving his driver's license. After several minutes Sgt Orr instructed Deputy Brown to release Mr. Bryant. Mr. Bryant was released and no criminal charges were filed.



Clayton County
# SHERIFF'S OFFICE

Victor Hill

TO: Captain S. Johnson

FROM: Lieutenant J. Manning #15592

SUBJECT: Complaint #2019FI004

DATE: 06 March 2019

On 3/6/2019 I spoke with and reviewed Deputy J. Brown's statement concerning his interaction with Mr. Willie Bryant. Deputy Brown stated Sgt Orr requested that he speak with Mr. Bryant about his activity in the area. Specifically why he was at the Checkers and did not purchase any food. Deputy Brown explained when he initially encountered Mr. Bryant he immediately said, "Why the fuck you stopping me?" Deputy Brown stated he asked Mr. Brown to calm down but he refused and was detained by Deputy Brown. Mr. Bryant began to yell as he was being placed in the rear of a patrol vehicle.

Deputy Brown stated he released Mr. Bryant from handcuffs and Mr. Bryant again began to yell. Deputy Brown placed the handcuffs back onto Mr. Bryant and conducted a search incident to arrest. Moments later Mr. Bryant was released at the request of Sgt. Orr and no criminal charges were obtained.



## Clayton County
# SHERIFF'S OFFICE

Victor Hill

TO: Captain S. Johnson

FROM: Lieutenant J. Manning #15592

SUBJECT: Complaint #2019FI004

DATE: 06 March 2019

O.C.G.A. 16-11-36 LOITERING

a) A person commits the offense of loitering or prowling when he is in a place at a time or in a manner not usual for law-abiding individuals under circumstances that warrant a justifiable and reasonable alarm or immediate concern for the safety of persons or property in the vicinity.

(b) Among the circumstances which may be considered in determining whether alarm is warranted is the fact that the person takes flight upon the appearance of a law enforcement officer, refuses to identify himself, or manifestly endeavors to conceal himself or any object. Unless flight by the person or other circumstances make it impracticable, a law enforcement officer shall, prior to any arrest for an offense under this Code section, afford the person an opportunity to dispel any alarm or immediate concern which would otherwise be warranted by requesting the person to identify himself and explain his presence and conduct. No person shall be convicted of an offense under this Code section if the law enforcement officer failed to comply with the foregoing procedure or if it appears at trial that the explanation given by the person was true and would have dispelled the alarm or immediate concern.



# Clayton County
# SHERIFF'S OFFICE



TO: Captain S. Johnson

FROM: Lieutenant J. Manning #15592

SUBJECT: Complaint #2019FI004

DATE: 06 March 2019

O.C.G.A. 16-11-39 DISORDERLY CONDUCT

(a) A person commits the offense of disorderly conduct when such person commits any of the following:

(1) Acts in a violent or tumultuous manner toward another person whereby such person is placed in a reasonable fear of the safety of such persons life, limb, or health

(2) Acts in a violent or tumultuous manner towards another person whereby the property of such person is placed in danger of being damaged or destroyed.

(3) Without provocation, uses to or of another person in such other person's presence, opprobrious or abusive words which by their very utterance tend to incite to an immediate breach of the peace, that is to say, words which as a common knowledge and under ordinary circumstances will when used to or of another person in such other person's presence, naturally tend to provoke violent resentment, that is words commonly called, "fighting words"; or

(4) Without provocation, uses obscene and vulgar or profane language in the presence or by telephone to a person under the age of 14 years which threatens an immediate breach of the peace.



Clayton County
# SHERIFF'S OFFICE



TO: Captain S. Johnson

FROM: Lieutenant J. Manning #15592

SUBJECT: Complaint #2019FI004

DATE: 06 March 2019

TIER I: Consensual encounter between law enforcement and a citizen.

TIER II: Facts or circumstances that would lead a reasonable or prudent law enforcement officer to believe a crime is being or has occurred.

TIER III: facts or circumstances that would lead a reasonable or prudent person to believe that a crime is being or has occurred.



Clayton County
# SHERIFF'S OFFICE

Victor Hill

TO: Captain S. Johnson

FROM: Lieutenant J. Manning #15592

SUBJECT: Complaint #2019FI004

DATE: 06 March 2019

On 2/26/2019 Sgt S. Orr and Deputy J. Brown were conducting general patrols in the area of the Checkers located at 6339 Tara Blvd. in reference to loitering. In my knowledge and experience this is a very active area for criminal activity.

During their general patrol they observed Mr. Willie Bryant walk from the Checkers to 399 Upper Riverdale Rd (Little Giants Farmers Market). Sgt Orr approached the Checkers employee who stated Mr. Bryant did not purchase any items from the establishment. This would be facts or circumstances that would warrant a Tier II encounter with Mr. Bryant on the grounds of loitering.

When Deputy Brown made contact with Mr. Bryant he immediately became hostile using abusive language, "Why the fuck you stopping me?" This was admitted to by Mr. Bryant. Due to Mr. Bryant's attitude, physical body size, and demeanor his language was taken as hostile and a breach of the peace. This encounter and the action to arrest Mr. Bryant was justified and warranted within the laws and criminal procedures of the State of Georgia. The fact not to obtain criminal charges on this misdemeanor charge is at the discretion of the Deputy Sheriff.

As I have found no Georgia Laws, Clayton County Sheriff's Office Standard Operating Procedures, or Rules and Regulations that have been violated I do believe it is bad practice to release someone once they have been told they were in custody. Mr. Bryant complained about Terry V. Ohio and Deputy Browns search. Deputy Brown clearly stated he searched Mr. Bryant incident to arrest. A search incident to arrest is conducted in order to ensure the offender has no contraband on their person. This search was perfectly legal.

Sgt Orr and Deputy Brown should be exonerated from the accusations against them. I do not believe this incident should result in any disciplinary action but Sgt Orr and Deputy Brown should receive training on de-escalation techniques on verbally abusive individuals.

## COMMUNICATIONS

### Event Report

Event ID: **2019-0064979**          Call Ref #: 488          Date/Time Received: 02/26/19 15:37:06

| Rpt #: | Prime Unit: | Services Involved |
|---|---|---|

Call Source: W911

| | | LAW | | | | |
|---|---|---|---|---|---|---|

Location: **399 UPPER RIVERDALE RD SE**

X-ST: *ARROWHEAD BLVD*
*LEES MILL RD*

Jur: CAD          Service: LAW          Agency: CCSO
St/Beat: 41          District: PDS4          RA: A142

Business: LITTLE GIANT FARMERS MARKET 2          Phone:          GP: 233

Nature: **INFO FOR OFFICER**          Alarm Lvl: 1   Priority: 3          Medical Priority:

Reclassified Nature:

Caller: BRUCE BRIAN WILLIE          Alarm:
Addr: 1 LEES MILL RD          Phone: (678) 907-5839          Alarm Type:

Vehicle #:          St:          Report Only: No          Race:          Sex:          Age:

Call Taker: DHUNTER2          Console: CADPOS8

Geo-Verified Addr.: Yes   Nature Summary Code:          Disposition: PNN   Close Comments:

Notes: CALR ADV HE PARKED THERE AND WENT TO EAT AT CHECKERS THEY TOLD HIM THEY WERE ARRESTING HIM FOR LOITERING THEY HAND CUFFED HIM THEN LET HIM GO [02/26/19 15:44:14 DHUNTER2]
COB2 MAKING S17 TO COMPL [02/26/19 15:39:51 JALWILLIAMS]
CALR IS BEHIND LITTLE GIANTS CALR IN TT WHI HAS TRATT RECYCLING ON SIDE [02/26/19 15:36:10 DHUNTER2]
[02/26/19 15:39:44 DHUNTER2]
SUBJ REQ SUPERVISOR OUT REF TO TWO OFFICERS ARRESTING HIM THEN RELEASING HIM [02/26/19 15:38:32 DHUNTER2]

### Times

Call Received: 02/26/19 15:37:06          Time From Call Received
Call Routed: 02/26/19 15:38:33          000:01:27          Unit Reaction:          *(1st Dispatch to 1st Arrive)*
Call Take Finished: 02/26/19 15:38:33          000:01:27          En-Route:          *(1st Dispatch to 1st En-Route)*
1st Dispatch:          *(Time Held)*          On-Scene:          *(1st Arrive to Last Clear)*
1st En-Route:
1st Arrive:          *(Reaction Time)*
Last Clear:

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 02/26/19 15:37:06 | By: E911 | | DHUNTER2 |
| | | ENT | Entered Street | 02/26/19 15:37:06 | 6019 OLD DIXIE RD - SE SECTOR;FOR | | DHUNTER2 |
| | | DLS | Duplicate List | 02/26/19 15:37:09 | Potential Duplicate Events Listed (3 | | DHUNTER2 |
| | | CHG | Changed Street | 02/26/19 15:37:12 | 1 LEES MILL RD --> 399 UPPER RIVER | | DHUNTER2 |
| | | ENT | Entered Nature | 02/26/19 15:37:17 | INFO FOR OFFICER | | DHUNTER2 |
| | | CHG | Changed Agency_CallIn | 02/26/19 15:37:24 | CCPD --> | | DHUNTER2 |

Event ID: 2019-0064979    Call Ref #: 488    **INFO FOR OFFICER at 399 UPPER RIVERDALE RD SE**

| | | | | | |
|---|---|---|---|---|---|
| ENT | Entered Agency_CallInf | 02/26/19 15:37:30 | CCSO | | DHUNTER2 |
| CHG | Changed CallGroup | 02/26/19 15:38:09 | SEC4 --> SOADM | | DHUNTER2 |
| ARM | Added Remarks | 02/26/19 15:38:32 | | | DHUNTER2 |
| FIN | Finished Call Taking | 02/26/19 15:38:33 | | | DHUNTER2 |
| VCH | Viewed Call History | 02/26/19 15:38:42 | Location Information | | DHUNTER2 |
| ARM | Added Remarks | 02/26/19 15:39:44 | | | DHUNTER2 |
| ARM | Added Remarks | 02/26/19 15:39:51 | | | JALWILLIAMS |
| CHG | Changed CallerName_C | 02/26/19 15:40:29 | SPRINT --> BRUCE BRIAN WILLIE | | DHUNTER2 |
| CAN | Event Cancelled | 02/26/19 15:41:29 | | PNN | JALWILLIAMS |
| ARM | Added Remarks | 02/26/19 15:44:14 | | | DHUNTER2 |

# COMMUNICATIONS

## Event Report

Event ID: **2019-0064955**          Call Ref #: 464          Date/Time Received: 02/26/19 15:17:39

| Rpt #: | Prime **COB5** | Services Involved |
|---|---|---|

Call Source: SELF          Unit: BROWN, JARMAN          | **LAW** | | | | |

Location: **399 UPPER RIVERDALE RD SE**

X-ST: *ARROWHEAD BLVD*          Jur: CAD     Service: LAW     Agency: CCSO
*LEES MILL RD*                   St/Beat: 41    District: PDS4    RA: A142

Business: **LITTLE GIANT FARMERS MARKET 2**     Phone:          GP: 233

Nature: **SUSPICIOUS PERSON**     Alarm Lvl:   1   Priority: 2     Medical Priority:

Reclassified Nature:

Caller:                                                Alarm:
Addr:                          Phone:                  Alarm Type:

Vehicle #:          St:  GA     Report Only:  No     Race:     Sex:     Age:

Call Taker: JALWILLIAMS          Console: CADPOS11

Geo-Verified Addr.:  Yes   Nature Summary Code:          Disposition: CD8     Close Comments:

Notes:   CALR IS BEHIND LITTLE GIANTS CALR IN TT WHI HAS TRATT RECYCLING ON SIDE  [02/26/19 15:36:10 DHUNTER2]
AGAINST SGT ORR CALR HAS IT ON VIDEO  [02/26/19 15:35:36 DHUNTER2]
MALE NAME BRYANT WILLIE BRUCE  [02/26/19 15:34:51 DHUNTER2]
MALE NUMBER 678 907 5839  [02/26/19 15:33:16 DHUNTER2]
MALE NOW THREATENED TO TAKE THEM TO COURT  [02/26/19 15:33:09 DHUNTER2]
CALR ON PHN REF TO OFFICERS CUFFED HIM IN CAR AND THEN RELEASED HIM THEN CUFFED HIM THEN RELEASED
HIM SAID HE WAS LOITERING ON PROPERTY  SAID PARKED TRUCK AT WENT TO CHECKERS  [02/26/19 15:32:47
DHUNTER2]
UDTS: {COB5} IN CUSTODY  [02/26/19 15:25:16 JALWILLIAMS]
UDTS: {COB5} SUBJECT DETAINED  [02/26/19 15:17:57 JALWILLIAMS]
BLU JEANS  [02/26/2019 15:17:39 JALWILLIAMS]

### Times

Call Received: 02/26/19 15:17:39     Time From Call Received
Call Routed: 02/26/19 15:17:39                              Unit Reaction:          *(1st Dispatch to 1st Arrive)*
Call Take Finished: 02/26/19 15:17:39                       En-Route:               *(1st Dispatch to 1st En-Route)*
1st Dispatch: 02/26/19 15:17:39          *(Time Held)*     On-Scene:  000:18:50  *(1st Arrive to Last Clear)*
1st En-Route: 02/26/19 15:17:39
1st Arrive: 02/26/19 15:17:39             *(Reaction Time)*
Last Clear: 02/26/19 15:36:29     000:18:50

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| COB5 | 26745 | D | Dispatched | 02/26/19 15:17:39 | BLU JEANS | | JALWILLIAMS |
| COB5 | 26745 | E | En-Route | 02/26/19 15:17:39 | BLU JEANS | | JALWILLIAMS |
| COB5 | 26745 | A | Arrived | 02/26/19 15:17:39 | BLU JEANS | | JALWILLIAMS |
| COB5 | 26745 | DET | {COB5} SUBJECT DET | 02/26/19 15:17:57 | | | JALWILLIAMS |

Event ID: 2019-0064955        Call Ref #: 464        **SUSPICIOUS PERSON at 399 UPPER RIVERDALE RD SE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SO25 | 14868 | D | Dispatched | 02/26/19 15:22:17 | PAN | | JALWILLIAMS |
| SO25 | 14868 | E | En-Route | 02/26/19 15:22:17 | PAN | | JALWILLIAMS |
| SO25 | 14868 | X | Canceled | 02/26/19 15:22:23 | | | JALWILLIAMS |
| COB5 | 26745 | IC | {COB5} IN CUSTODY | 02/26/19 15:25:16 | | | JALWILLIAMS |
| COB5 | 26745 | C | Cleared | 02/26/19 15:36:29 | CD8 | CD8 | JALWILLIAMS |

## Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 02/26/19 15:17:39 | By: SELF | | JALWILLIAMS |
| | | FIN | Finished Call Taking | 02/26/19 15:17:39 | | | JALWILLIAMS |
| | | ARM | Added Remarks | 02/26/19 15:17:57 | | | JALWILLIAMS |
| | | RSW | Reset Watchdog Timer | 02/26/19 15:17:57 | Units: COB5 >>> 5Min. | | JALWILLIAMS |
| COB5 | 26745 | ENT | Added Related Name | 02/26/19 15:18:32 | [ID: 1945819] UNIT:COB5 BY OLN: 059 | | JALWILLIAMS |
| COB5 | 26745 | PER | QRY: PER | 02/26/19 15:18:32 | UNIT:COB5 DOB=1/1/0001 12:00:00 AM | | JALWILLIAMS |
| | | ENT | Entered memoNmCom | 02/26/19 15:19:17 | valid am | | JALWILLIAMS |
| | | ARM | Added Remarks | 02/26/19 15:25:16 | | | JALWILLIAMS |
| | | RSW | Reset Watchdog Timer | 02/26/19 15:25:21 | Units: COB5 >>> 10Min. | | JALWILLIAMS |
| | | ARM | Added Remarks | 02/26/19 15:32:47 | | | DHUNTER2 |
| | | ARM | Added Remarks | 02/26/19 15:33:09 | | | DHUNTER2 |
| | | ARM | Added Remarks | 02/26/19 15:33:16 | | | DHUNTER2 |
| | | ARM | Added Remarks | 02/26/19 15:34:51 | | | DHUNTER2 |
| | | ARM | Added Remarks | 02/26/19 15:35:36 | | | DHUNTER2 |
| | | ARM | Added Remarks | 02/26/19 15:36:10 | | | DHUNTER2 |



**State of Georgia**
**Peace Officer Standards and Training Council**
**Network Data Gateway**



# Data Report System

## Individual Officer Profile

*Created: 01-02-2024 02:55*

*Requested by: Jill Perry*



O089966

| | |
|---|---|
| Officer Key | O089966 |
| Officer Name | **STEVEN ORR** |
| Race | **Black or African American (Not Hispanic or Latino)** |
| Education | **High School Diploma** |
| Status | **In Good Standing** |

## Officer Certifications

| Certification | Description | Certification Type | Status |
|---|---|---|---|
| PS08080505S | FIELD TRAINING OFFICER | Specialized | Active |
| PBLE990378S | BASIC LAW ENFORCEMENT | Basic | Active |

## Officer Legacy Certifications

| Certification | Description | Certification Type | Status |
|---|---|---|---|
| P2-ZJ | P2-Z | Authorization to Attend Academy | Active |

## Instructor Certifications

None Found

## Employment History

| Agency | Rank | Start Date | End Date | Status |
|---|---|---|---|---|
| HENRY COUNTY SHERIFF'S OFFICE | Deputy Sheriff | July 10, 2023 | | Actively Employed in Law Enforcement |
| CLAYTON COUNTY POLICE DEPARTMENT | Peace Officer | January 7, 2023 | February 24, 2023 | Voluntary Resignation |
| CLAYTON COUNTY SHERIFFS OFFICE | Deputy Sheriff | August 8, 2020 | December 30, 2021 | Voluntary Resignation |
| CLAYTON COUNTY SHERIFFS OFFICE | Lieutenant | June 29, 2019 | August 7, 2020 | Demotion (Voluntary or Administrative) |
| CLAYTON COUNTY SHERIFFS OFFICE | Sergeant | August 25, 2018 | June 28, 2019 | Rank Change – Promotion |
| CLAYTON COUNTY SHERIFFS OFFICE | Deputy Sheriff | January 18, 2002 | August 24, 2018 | Rank Change – Promotion |
| CLAYTON COUNTY SHERIFFS OFFICE | Jailor | January 10, 2000 | January 18, 2002 | Rank Change – Promotion |
| CLAYTON COUNTY POLICE DEPARTMENT | Peace Officer | January 4, 1999 | September 3, 1999 | Voluntary Resignation |

## Sanctions

None Found

## Investigations

None Found

## Training History

| Date | Number | Course | Hours |
|---|---|---|---|

| November 9, 2023 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| October 31, 2023 | IEI01G | INMATE MEDICAL PROCEDURES | 2 |
| August 28, 2023 | DGB01G | CJIS Security Policy Awareness and Training/Awareness Statement | 2 |
| August 28, 2023 | IGB30G | CJIS NETWORK OPERATOR TRAINING | 5 |
| August 23, 2023 | IGA00G | GANGS | 2 |
| July 24, 2023 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| February 17, 2023 | DBN01G | EVIDENCE COLLECTION & PRESERVATION (GPSTC ONLINE) | 1 |
| February 15, 2023 | DHQ01G | SOVEREIGN CITIZEN MOVEMENT (GPSTC ONLINE) | 1 |
| February 15, 2023 | DXM06G | Fundamentals of Drug Identification (GPSTC) | 1 |
| February 14, 2023 | DYE00G | CULTURAL AWARENESS (Gov. Initiative) | 2 |
| February 9, 2023 | VBO01G | The Realities of Organized Crime | 1 |
| February 9, 2023 | DYE10G | Building Positive Police-Community Relations (Gov. Initiative) | 4 |
| February 9, 2023 | ILD02G | Georgia Constitutional Carry Act of 2021 | 1 |
| February 6, 2023 | DHQ10G | INTRODUCTION TO TERRORISM - 2 HRS (GPSTC) | 2 |
| February 3, 2023 | IFM04F | BACKUP WEAPON TRAINING | 1 |
| February 2, 2023 | DXN07G | Naloxone Training (GPSTC) | 1 |
| February 1, 2023 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| February 1, 2023 | IGS10G | COMMUNITY POLICING | 2 |
| February 1, 2023 | IFM61G | SIMULATOR TRAINING | 2 |
| February 1, 2023 | IFM03F | FIREARMS MAINTENANCE | 1 |
| February 1, 2023 | IFM22F | USE OF DEADLY FORCE | 1 |
| February 1, 2023 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| January 27, 2023 | DBM12G | Human Trafficking (GPSTC) | 2 |
| January 24, 2023 | DGK02G | ETHICS & PROFESSIONALISM (GPSTC) | 2 |
| January 24, 2023 | DCD09G | FAMILY VIOLENCE | 1 |
| January 20, 2023 | DYM12G | Mental & Emotional Wellness (GPSTC) (4 hr version) | 4 |
| January 18, 2023 | DYP00G | FOSTERING POSITIVE COMMUNITY RELATIONS (Gov. Initiative) (rev. 2021) | 3 |
| January 18, 2023 | DCH01G | Hate Crimes (GPSTC) | 1 |
| January 18, 2023 | DCM11G | Turning Anguish into Advocacy â€" a Father's Journey to Make Schools Safer After the Parkland Sch | 1 |
| January 13, 2023 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| January 12, 2023 | DLU22G | 2022 Legislative Update (GPSTC Online) | 1 |

2023 Total Hours : 52

| August 19, 2021 | NSD02G | DEFENSIVE DRIVING/NAT. SAFETY COUNCL | 6 |
| August 14, 2021 | IDG21G | TASER 7 USER CERTIFICATION | 6 |
| August 11, 2021 | DCH01G | Hate Crimes (GPSTC) | 1 |
| August 10, 2021 | DLU21G | LEGISLATIVE & CASE LAW UPDATE 2021 (GPSTC ONLINE) | 1 |
| June 29, 2021 | DYE10G | Building Positive Police-Community Relations (Gov. Initiative) | 4 |
| June 29, 2021 | DYM12G | Mental & Emotional Wellness (GPSTC) (4 hr version) | 4 |
| June 28, 2021 | DLT02G | Due Regard (GPSTC) (rev. 2021) | 2 |
| June 28, 2021 | DGW04G | INTELLECTUAL & NEURODEVELOPMENTAL DISABILITIES | 1 |
| May 27, 2021 | DTU01G | VEHICLE PULLOVERS (GPSTC ONLINE) | 1 |
| May 25, 2021 | DHQ01G | SOVEREIGN CITIZEN MOVEMENT (GPSTC ONLINE) | 1 |
| May 15, 2021 | IFM00F | FIREARMS TRAINING (NOT REQUALIFICATION) | 1 |
| April 28, 2021 | IGK05G | ETHICS | 1 |
| April 28, 2021 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| April 28, 2021 | NKV07G | ACTIVE SHOOTER | 1 |
| April 28, 2021 | IFM22G | USE OF DEADLY FORCE | 2 |
| April 3, 2021 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |

| | | | |
|---|---|---|---|
| March 13, 2021 | IFM00F | FIREARMS TRAINING (NOT REQUALIFICATION) | 2 |
| March 13, 2021 | UFL01F | PATROL RIFLE QUALIFICATION | 1 |
| February 19, 2021 | INM08G | ROLL CALL TRAINING | 1 |
| | | | 2021 Total Hours : 38 |

| | | | |
|---|---|---|---|
| September 26, 2020 | IFM23F | FUNDAMENTALS OF SHOOTING | 5 |
| September 5, 2020 | IFM23F | FUNDAMENTALS OF SHOOTING | 5 |
| July 24, 2020 | AXS04G | SEARCH & SEIZURE FOR LAW ENFORCEMENT | 40 |
| July 9, 2020 | IFL01F | TACTICAL RIFLE | 5 |
| June 30, 2020 | DYP00G | FOSTERING POSITIVE COMMUNITY RELATIONS (Gov. Initiative) | 3 |
| June 30, 2020 | DYM10G | POLICE LEGITIMACY, PROCEDURAL JUSTICE, & COMMUNITY RELATIONS (Gov. Initiative) (4 HR) | 4 |
| June 29, 2020 | DCC06G | START THE CONVERSATION | 1 |
| June 29, 2020 | DYE10G | Building Positive Police-Community Relations (Gov. Initiative) | 4 |
| June 29, 2020 | DLT00G | DUE REGARD (GPSTC ONLINE) | 1 |
| June 29, 2020 | DBI02G | FUNDAMENTALS OF PRELIMINARY INVEST (GPSTC ONLINE) | 1 |
| June 29, 2020 | DYM09G | MENTAL & EMOTIONAL WELLNESS (GPSTC) (3 HR) | 3 |
| June 29, 2020 | DYE00G | CULTURAL AWARENESS (Gov. Initiative) | 2 |
| June 19, 2020 | AXU01G | DRUG UNDERCOVER OPERATIONS | 40 |
| June 6, 2020 | DJM01G | TRANSPORTING PRISONERS (GPSTC ONLINE) | 1 |
| June 6, 2020 | DLU19G | LEGISLATIVE & CASE LAW UPDATE 2019 (GPSTC ONLINE) | 2 |
| June 1, 2020 | NBQ00G | ASSET FORFEITURE | 3 |
| May 22, 2020 | NTH01G | Ambush Survival Tactics | 16 |
| March 26, 2020 | DBO01G | INTRODUCTION TO GANGS IN GA (GPSTC) | 1 |
| March 19, 2020 | UFL01F | PATROL RIFLE QUALIFICATION | 1 |
| March 10, 2020 | IFM56G | USE OF DEADLY FORCE & DE-ESCALATION (minimum of 2 hrs) | 2 |
| March 10, 2020 | IGK00G | ETHICS AND PROFESSIONALISM | 1 |
| January 23, 2020 | IFM60G | Flying While Armed (GPSTC) | 2 |
| January 23, 2020 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| | | | 2020 Total Hours : 145 |

| | | | |
|---|---|---|---|
| December 19, 2019 | DYM02G | BUILDING POSITIVE COMMUNITY RELATIONS (GPSTC) | 1 |
| December 19, 2019 | DCC06G | START THE CONVERSATION | 1 |
| December 9, 2019 | DTU01G | VEHICLE PULLOVERS (GPSTC ONLINE) | 1 |
| December 6, 2019 | IDG16G | TASER RECERTIFICATION | 4 |
| June 28, 2019 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| June 28, 2019 | IFM22G | USE OF DEADLY FORCE | 2 |
| June 28, 2019 | IGK05G | ETHICS | 1 |
| January 17, 2019 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| January 17, 2019 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| January 11, 2019 | NGM79G | PROSECUTING ATTY'S COUNCIL TRAINING | 31 |
| January 5, 2019 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| | | | 2019 Total Hours : 45 |

| | | | |
|---|---|---|---|
| November 29, 2018 | DCR00G | USE OF FORCE & DE-ESCALATION OPTIONS FOR GAINING COMPLIANCE (Gov. Initiative) | 5 |
| November 29, 2018 | DYP00G | FOSTERING POSITIVE COMMUNITY RELATIONS (Gov. Initiative) | 3 |
| November 25, 2018 | DBC01G | COMMERCIAL SEXUAL EXPLOITATION OF CHILDREN | 2 |
| November 23, 2018 | DGW01G | DEALING W/MENTALLY ILL/DIMINISHED CAPACITY (GPSTC ONLINE) | 1 |
| November 23, 2018 | DLU18G | 2018 LEGISLATIVE & CASE LAW UPDATE | 1 |

| | | | |
|---|---|---|---|
| November 23, 2018 | DLQ01G | SEARCHING MOTOR VEHICLES (GPSTC ONLINE) | 1 |
| November 21, 2018 | DHQ01G | SOVEREIGN CITIZEN MOVEMENT (GPSTC ONLINE) | 1 |
| November 20, 2018 | IQL04G | EFFECTIVE LEADERSHIP | 2 |
| November 17, 2018 | DTU01G | VEHICLE PULLOVERS (GPSTC ONLINE) | 1 |
| October 18, 2018 | NSD02G | DEFENSIVE DRIVING/NAT. SAFETY COUNCL | 6 |
| October 1, 2018 | DJM01G | TRANSPORTING PRISONERS (GPSTC ONLINE) | 1 |
| September 29, 2018 | UFL01F | PATROL RIFLE QUALIFICATION | 1 |
| September 27, 2018 | IQS00G | SUPERVISION | 24 |
| June 24, 2018 | DLT00G | DUE REGARD (GPSTC 0NLINE) | 1 |
| June 22, 2018 | IKV12G | ACTIVE SHOOTER RESPONSE | 2 |
| June 14, 2018 | IFM22G | USE OF DEADLY FORCE | 2 |
| June 14, 2018 | IGK05G | ETHICS | 1 |
| June 14, 2018 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| June 7, 2018 | UFL01F | PATROL RIFLE QUALIFICATION | 1 |
| June 6, 2018 | IFJ04G | JUDGEMENTAL SIMULATOR TRAINING | 1 |
| June 1, 2018 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| February 7, 2018 | INM00G | DEPARTMENTAL INSERVICE TRAINING | 6 |
| February 6, 2018 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| February 5, 2018 | IZM01G | CANINE PROTOCOL | 2 |

2018 Total Hours : 68

| | | | |
|---|---|---|---|
| December 8, 2017 | IFJ04G | JUDGEMENTAL SIMULATOR TRAINING | 1 |
| November 30, 2017 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| November 26, 2017 | DCR00G | USE OF FORCE & DE-ESCALATION OPTIONS FOR GAINING COMPLIANCE (Gov. Initiative) | 5 |
| November 23, 2017 | DBC01G | COMMERCIAL SEXUAL EXPLOITATION OF CHILDREN | 2 |
| November 22, 2017 | IFM22F | USE OF DEADLY FORCE | 3 |
| November 22, 2017 | IGK05G | ETHICS | 1 |
| November 21, 2017 | IDD00D | DEFENSIVE TACTICS | 2 |
| November 21, 2017 | IDM08D | WEAPON RETENTION | 2 |
| November 21, 2017 | IDJ00D | HANDCUFFING TECHNIQUES (DEF TACTICS INSTRUCTOR) | 2 |
| November 21, 2017 | IDM00D | MISCELLANEOUS DEFENSIVE TACTICS | 2 |
| November 16, 2017 | DYP00G | FOSTERING POSITIVE COMMUNITY RELATIONS (Gov. Initiative) | 3 |
| November 16, 2017 | DYE00G | CULTURAL AWARENESS (Gov. Initiative) | 2 |
| November 6, 2017 | DGW01G | DEALING W/MENTALLY ILL/DIMINISHED CAPACITY (GPSTC ONLINE) | 1 |
| November 6, 2017 | DLQ01G | SEARCHING MOTOR VEHICLES (GPSTC ONLINE) | 1 |
| November 3, 2017 | DHQ01G | SOVEREIGN CITIZEN MOVEMENT (GPSTC ONLINE) | 1 |
| August 31, 2017 | IEC04E | C.P.R/A.E.D/FIRST AID | 8 |
| June 29, 2017 | DTU01G | VEHICLE PULLOVERS (GPSTC ONLINE) | 1 |
| June 29, 2017 | DCD02G | ELDER ABUSE (GPSTC ONLINE) | 1 |
| June 28, 2017 | DLT00G | DUE REGARD (GPSTC 0NLINE) | 1 |

2017 Total Hours : 40

| | | | |
|---|---|---|---|
| December 9, 2016 | IKV12G | ACTIVE SHOOTER RESPONSE | 7 |
| December 6, 2016 | IFL02F | RIFLE SKILLS | 3 |
| December 6, 2016 | IFL03F | PATROL RIFLE | 1 |
| November 21, 2016 | IBC01G | CHILD ABUSE INVESTIGATION | 1 |
| November 21, 2016 | IQP00G | POLICY/PROCEDURES | 1 |
| November 21, 2016 | IBM59G | HUMAN TRAFFICKING | 1 |
| November 21, 2016 | IGK00G | ETHICS AND PROFESSIONALISM | 1 |

| November 21, 2016 | IFM22F | USE OF DEADLY FORCE | 2 |
| November 21, 2016 | IPS01G | STRESS MANAGEMENT | 1 |
| November 16, 2016 | IDD07D | DEFENSIVE TACTICS | 4 |
| November 16, 2016 | IDM08D | WEAPON RETENTION | 2 |
| November 16, 2016 | IDJ00D | HANDCUFFING TECHNIQUES (DEF TACTICS INSTRUCTOR) | 1 |
| November 8, 2016 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| October 31, 2016 | DCD02G | ELDER ABUSE (GPSTC ONLINE) | 1 |
| October 31, 2016 | DLT00G | DUE REGARD (GPSTC 0NLINE) | 1 |
| September 27, 2016 | IFJ04G | JUDGEMENTAL SIMULATOR TRAINING | 1 |
| August 30, 2016 | IDG16G | TASER RECERTIFICATION | 4 |
| August 5, 2016 | IQP00G | POLICY/PROCEDURES | 2 |
| | | | 2016 Total Hours : 35 |

| December 14, 2015 | IFN01F | LOW LIGHT FIREARMS SKILLS | 3 |
| November 11, 2015 | IFM43F | FORCE ON FORCE | 4 |
| October 30, 2015 | IQP00G | POLICY/PROCEDURES | 2 |
| September 24, 2015 | IFO01F | COUNTER AMBUSH TACTICS FOR VEHICLE ASSAULTS | 2 |
| September 24, 2015 | IFJ03F | JUDGEMENTAL SHOOTING | 3 |
| September 24, 2015 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| September 24, 2015 | IFM00F | FIREARMS TRAINING (NOT REQUALIFICATION) | 1 |
| August 21, 2015 | IDD00D | DEFENSIVE TACTICS | 2 |
| August 21, 2015 | IDM08D | WEAPON RETENTION | 2 |
| August 21, 2015 | IDJ00D | HANDCUFFING TECHNIQUES (DEF TACTICS INSTRUCTOR) | 2 |
| August 21, 2015 | IDP00D | EXPANDABLE BATON | 1 |
| August 11, 2015 | IFM03F | FIREARMS MAINTENANCE | 1 |
| July 24, 2015 | IFL05F | PATROL RIFLE TRAINING | 24 |
| June 16, 2015 | INM00G | DEPARTMENTAL INSERVICE TRAINING | 2 |
| March 26, 2015 | IDS10G | OFFICER SURVIVAL OF AGGRESSIVE DOGS | 1 |
| March 26, 2015 | IGK00G | ETHICS AND PROFESSIONALISM | 1 |
| March 26, 2015 | IFM22F | USE OF DEADLY FORCE | 3 |
| March 26, 2015 | ILM11G | RACIAL PROFILING & LEGAL ISSUES | 1 |
| March 26, 2015 | ICE00G | ABUSE OF THE ELDERLY | 1 |
| March 26, 2015 | JBC01G | CHILD ABUSE INVESTIGATION | 1 |
| March 17, 2015 | IFN01F | LOW LIGHT FIREARMS SKILLS | 3 |
| February 3, 2015 | IFE00F | SHOTGUN | 1 |
| | | | 2015 Total Hours : 62 |

| November 20, 2014 | IFM43F | FORCE ON FORCE | 4 |
| November 20, 2014 | IKV12G | ACTIVE SHOOTER RESPONSE | 4 |
| November 7, 2014 | IBM22G | PROFILING | 1 |
| November 7, 2014 | ILQ00G | SEARCH AND SEIZURE | 1 |
| November 5, 2014 | IFO00F | OFFICER SURVIVAL | 2 |
| June 18, 2014 | IFN01F | LOW LIGHT FIREARMS SKILLS | 2 |
| June 16, 2014 | IFM22G | USE OF DEADLY FORCE | 2 |
| June 16, 2014 | IGK00G | ETHICS AND PROFESSIONALISM | 1 |
| June 16, 2014 | IBN01G | EVIDENCE AND PROPERTY MANAGEMENT | 1 |
| June 16, 2014 | IBM00G | MISCELLANEOUS INVESTIGATION | 1 |
| March 13, 2014 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| March 7, 2014 | IFM08F | TACTICAL FIREARMS SKILLS | 1 |

| Date | Code | Course | Hours |
|---|---|---|---|
| January 31, 2014 | IGB13G | SECURITY AND INTEGRITY OF CHRI (4 HR) | 4 |
| | | 2014 Total Hours : 25 | |
| | | | |
| September 23, 2013 | IFM00F | FIREARMS TRAINING (NOT REQUALIFICATION) | 1 |
| September 19, 2013 | IKV12G | ACTIVE SHOOTER RESPONSE | 2 |
| September 19, 2013 | ILU00G | Legal Update | 1 |
| September 19, 2013 | IDJ00D | HANDCUFFING TECHNIQUES (DEF TACTICS INSTRUCTOR) | 3 |
| September 19, 2013 | IFM32G | FLYING ARMED TRAINING | 2 |
| August 26, 2013 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| June 26, 2013 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| June 21, 2013 | ITU06G | HIGH RISK TRAFFIC STOPS | 3 |
| June 21, 2013 | IDO00D | OLEORESIN CAPSICUM | 1 |
| June 21, 2013 | ILM11G | RACIAL PROFILING & LEGAL ISSUES | 1 |
| June 21, 2013 | IBC00G | CRIMES AGAINST CHILDREN | 1 |
| June 21, 2013 | ICE00G | ABUSE OF THE ELDERLY | 1 |
| June 21, 2013 | IDD00D | DEFENSIVE TACTICS | 1 |
| April 11, 2013 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| March 19, 2013 | IGK00G | ETHICS AND PROFESSIONALISM | 1 |
| March 19, 2013 | IFM22F | USE OF DEADLY FORCE | 3 |
| | | 2013 Total Hours : 24 | |
| | | | |
| September 19, 2012 | IGK00G | ETHICS AND PROFESSIONALISM | 1 |
| September 5, 2012 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| July 18, 2012 | IGB20G | GCIC INQUIRY TERMINAL OPERATOR CERTIFICATION | 18 |
| July 18, 2012 | IQP00G | POLICY/PROCEDURES | 1 |
| July 3, 2012 | IQP00G | POLICY/PROCEDURES | 1 |
| June 28, 2012 | IQP07G | COMMAND STRUCTURE | 1 |
| June 28, 2012 | IQP00G | POLICY/PROCEDURES | 1 |
| June 14, 2012 | NXU03G | UNDERCOVER OPERATIONS | 8 |
| June 14, 2012 | IFM22G | USE OF DEADLY FORCE | 2 |
| June 6, 2012 | IQP00G | POLICY/PROCEDURES | 1 |
| June 1, 2012 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| May 23, 2012 | IQP00G | POLICY/PROCEDURES | 1 |
| May 9, 2012 | IQP00G | POLICY/PROCEDURES | 1 |
| May 2, 2012 | IQP00G | POLICY/PROCEDURES | 1 |
| March 26, 2012 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| March 8, 2012 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| March 1, 2012 | IFM19F | FIREARMS STRESS COURSE | 1 |
| February 9, 2012 | IDB01G | DIGNITARY PROTECTION | 24 |
| February 9, 2012 | IFM08F | TACTICAL FIREARMS SKILLS | 3 |
| February 2, 2012 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| | | 2012 Total Hours : 70 | |
| | | | |
| December 15, 2011 | IFM19F | FIREARMS STRESS COURSE | 1 |
| November 22, 2011 | IGA01G | GANGS: THE BASICS | 8 |
| November 14, 2011 | IFN02F | NIGHT FIRE | 2 |
| November 14, 2011 | IFM42F | SHOOTHOUSE LEVEL 3 | 3 |
| August 18, 2011 | IDS00G | OFFICER SURVIVAL | 8 |
| August 17, 2011 | IKV12G | ACTIVE SHOOTER RESPONSE | 1 |

*Requestor IP Address: 192.168.1.140*

| | | | |
|---|---|---|---|
| August 2, 2011 | ILU00G | Legal Update | 1 |
| August 2, 2011 | ILM00G | MISCELLANEOUS LEGAL TOPICS | 1 |
| August 2, 2011 | ICE00G | ABUSE OF THE ELDERLY | 1 |
| August 1, 2011 | IDM01G | RESTRAINT DEVICES | 3 |
| August 1, 2011 | IFM22F | USE OF DEADLY FORCE | 4 |
| August 1, 2011 | IGK00G | ETHICS AND PROFESSIONALISM | 1 |
| July 8, 2011 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| April 8, 2011 | IFM19F | FIREARMS STRESS COURSE | 1 |
| April 4, 2011 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| March 25, 2011 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| March 16, 2011 | AHB14G | POST BLAST Response | 16 |
| January 27, 2011 | IBJ00G | SURVEILLANCE | 2 |
| January 26, 2011 | IFJ00F | INSERVICE FIREARMS JUDGEMENTAL SIMULATOR TRAINING | 1 |
| January 26, 2011 | IDW00G | HIGH RISK WARRANT SERVICE | 7 |
| January 25, 2011 | IDT01G | BUILDING CLEARINGS | 8 |
| January 21, 2011 | ITU00G | VEHICLE PULLOVERS | 8 |
| January 19, 2011 | IBJ01G | ELECTRONIC SURVEILLANCE | 8 |
| January 14, 2011 | IBM00G | MISCELLANEOUS INVESTIGATION | 4 |
| January 13, 2011 | IBI00G | INVESTIGATIONS | 8 |
| January 6, 2011 | IQM14G | OPERATIONAL PLANNING | 3 |
| January 5, 2011 | IXC00G | CLANDESTINE DRUG LABS | 8 |
| January 4, 2011 | NLC01G | SEARCH AND SEIZURE | 8 |
| January 3, 2011 | IBM31G | INTELLIGENCE GATHERING | 4 |

2011 Total Hours : 123

| | | | |
|---|---|---|---|
| December 14, 2010 | IFN00F | SUBDUED LIGHTING CONDITIONS/FIREARMS | 1 |
| September 27, 2010 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| July 29, 2010 | IKV12G | ACTIVE SHOOTER RESPONSE | 4 |
| June 29, 2010 | IFM03F | FIREARMS MAINTENANCE | 1 |
| June 20, 2010 | IBI07G | INVESTIGATIVE PROCESS | 2 |
| May 28, 2010 | IFM00F | FIREARMS TRAINING (NOT REQUALIFICATION) | 1 |
| May 21, 2010 | IXN02G | DRUG INVESTIGATIONS | 2 |
| May 10, 2010 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| April 12, 2010 | IFM00F | FIREARMS TRAINING (NOT REQUALIFICATION) | 1 |
| April 5, 2010 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| March 16, 2010 | IFD00F | SWAT TRAINING | 5 |
| February 26, 2010 | IFN01F | LOW LIGHT FIREARMS TRAINING | 4 |
| February 22, 2010 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| January 29, 2010 | IDS00D | INSERVICE DEFENSIVE TACTICS OFFICER SURVIVAL | 21 |
| January 28, 2010 | NFM14G | FLYING ARMED TRAINING | 2 |
| January 28, 2010 | ICE00G | ABUSE OF THE ELDERLY | 1 |
| January 28, 2010 | IBC01G | CHILD ABUSE INVESTIGATION | 1 |
| January 27, 2010 | ILM11G | RACIAL PROFILING & LEGAL ISSUES | 1 |
| January 27, 2010 | IGK00G | ETHICS AND PROFESSIONALISM | 1 |
| January 26, 2010 | IFM22F | USE OF DEADLY FORCE | 3 |
| January 22, 2010 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| January 22, 2010 | IFD00F | SWAT TRAINING | 6 |
| January 22, 2010 | IBN02G | EVIDENCE: CHAIN OF CUSTODY | 4 |
| January 21, 2010 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |

2010 Total Hours : 67

| | | | |
|---|---|---|---|
| December 11, 2009 | UFL00F | RECERTIFICATION COURSES FIREARMS LONG GUN/RIFLE | 1 |
| December 10, 2009 | IFL03F | PATROL RIFLE | 8 |
| December 10, 2009 | IFL00F | LONG GUN/RIFLE | 8 |
| December 4, 2009 | IFE00F | SHOTGUN | 1 |
| November 24, 2009 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| November 11, 2009 | IFM22F | USE OF DEADLY FORCE | 2 |
| November 5, 2009 | AFD02F | BASIC SWAT COURSE | 40 |
| October 26, 2009 | IFS00F | SEMI AUTO TRAINING | 1 |
| October 21, 2009 | IFN01F | LOW LIGHT FIREARMS TRAINING | 1 |
| October 16, 2009 | ITM00G | MISCELLANEOUS TRAFFIC | 1 |
| October 13, 2009 | IFD00F | SWAT TRAINING | 4 |
| October 9, 2009 | ICE00G | ABUSE OF THE ELDERLY | 3 |
| October 7, 2009 | IFR00F | INSERVICE FIREARMS FIREARMS REQUALIFICATION | 1 |
| October 4, 2009 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| September 22, 2009 | IFS00F | SEMI AUTO TRAINING | 1 |
| September 14, 2009 | IFE00F | SHOTGUN | 1 |
| September 14, 2009 | IFS00F | SEMI AUTO TRAINING | 1 |
| September 3, 2009 | IFB00F | SUB MACHINE GUN | 1 |
| September 3, 2009 | IFS00F | SEMI AUTO TRAINING | 3 |
| August 13, 2009 | IWD00G | IMPAIRED DRIVING | 4 |
| August 7, 2009 | IFS00F | SEMI AUTO TRAINING | 3 |
| August 7, 2009 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| August 4, 2009 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| July 31, 2009 | IDG02G | TASER | 8 |
| June 24, 2009 | NOC38G | GCIC SECURITY & INTEGRITY | 4 |
| June 9, 2009 | IQP00G | POLICY/PROCEDURES | 4 |
| May 29, 2009 | IGK00G | ETHICS AND PROFESSIONALISM | 2 |
| May 29, 2009 | ILE00G | INSERVICE LEGAL (JUVENILE,PROCEDURE,LAW,LIABILITY) Civil Rights Under Color of Law | 1 |
| May 14, 2009 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| March 24, 2009 | IFN01F | LOW LIGHT FIREARMS TRAINING | 3 |
| February 17, 2009 | IFE00F | SHOTGUN | 1 |
| February 12, 2009 | IDA02D | EXPANDABLE BATON INSERVICE | 4 |
| February 12, 2009 | IGE00G | CRIME PREVENTION | 4 |
| February 6, 2009 | IFN01F | LOW LIGHT FIREARMS TRAINING | 3 |
| January 30, 2009 | IFM03F | FIREARMS MAINTENANCE | 1 |
| January 30, 2009 | IFS00F | SEMI AUTO TRAINING | 2 |

2009 Total Hours : 127

| | | | |
|---|---|---|---|
| December 12, 2008 | SAQ07G | FIELD TRAINING OFFICER | 40 |
| October 28, 2008 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| October 14, 2008 | ICE00G | ABUSE OF THE ELDERLY | 2 |
| June 27, 2008 | IQP00G | POLICY/PROCEDURES | 3 |
| May 30, 2008 | IDI00D | INSERVICE DEFENSIVE TACTICS HANDGUN RETENTION | 8 |
| March 21, 2008 | IFM22F | USE OF DEADLY FORCE | 3 |

2008 Total Hours : 57

| | | | |
|---|---|---|---|
| December 19, 2007 | IFM22F | USE OF DEADLY FORCE | 3 |

| October 31, 2007 | ICE00G | ABUSE OF THE ELDERLY | 1 |
| October 5, 2007 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| September 26, 2007 | IBM22G | PROFILING | 1 |
| July 31, 2007 | IGK00G | ETHICS AND PROFESSIONALISM | 2 |
| July 12, 2007 | NOG14G | TASER RECERTIFICATION | 5 |
| June 14, 2007 | ILM00G | MISCELLANEOUS LEGAL TOPICS | 4 |
| May 25, 2007 | IKV12G | ACTIVE SHOOTER RESPONSE | 8 |
| March 26, 2007 | NFM14G | FLYING ARMED TRAINING | 2 |
| | | | 2007 Total Hours : 27 |

| December 16, 2006 | IDJ00D | HANDCUFFING TECHNIQUES (DEF TACTICS INSTRUCTOR) | 3 |
| December 16, 2006 | IFM22F | USE OF DEADLY FORCE | 1 |
| December 4, 2006 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| November 15, 2006 | SYT00G | SPECIALIZED COMMUNICATIONS Courtroom Demeanor and Testimony | 16 |
| June 16, 2006 | AGB02G | SECURITY & INTEGRITY OF CJ INFORMATI | 4 |
| February 6, 2006 | INM00G | DEPARTMENTAL INSERVICE TRAINING | 3 |
| | | | 2006 Total Hours : 28 |

| December 20, 2005 | IHT00G | FIRE SAFETY TRAINING | 4 |
| December 12, 2005 | IFR00F | INSERVICE FIREARMS FIREARMS REQUALIFICATION | 1 |
| December 9, 2005 | ITC00G | CRIMES IN PROGRESS | 16 |
| July 29, 2005 | CAE01G | OFFICER SURVIVAL (rev. 2023) | 40 |
| April 26, 2005 | IDI00D | INSERVICE DEFENSIVE TACTICS HANDGUN RETENTION | 4 |
| | | | 2005 Total Hours : 65 |

| December 14, 2004 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| December 13, 2004 | IFS00F | SEMI AUTO TRAINING | 1 |
| December 3, 2004 | IFS00F | SEMI AUTO TRAINING | 1 |
| October 19, 2004 | IJG00G | INSERVICE JAILER Inmate Classification | 4 |
| October 5, 2004 | IDU00G | USE OF FORCE | 4 |
| September 29, 2004 | NDT03G | CORRECTIONAL EMERG. RESPONSE TRNG. | 8 |
| August 18, 2004 | ICC01G | SUICIDE PREVENTION | 4 |
| July 30, 2004 | IDD00D | DEFENSIVE TACTICS | 4 |
| July 30, 2004 | IDD00D | DEFENSIVE TACTICS | 4 |
| February 25, 2004 | IJM04G | TRANSGENDER ISSUES | 4 |
| February 10, 2004 | IGF00G | INSERVICE GENERAL OF MISCELLANEOUS  CULTURAL AWARENESS/DIVERSITY | 2 |
| | | | 2004 Total Hours : 37 |

| December 16, 2003 | SDM00D | SPECIALIZED DEFENSIVE TACTICS MISCELLANEOUS DEFENSIVE TACTICS | 16 |
| December 1, 2003 | UFR00F | FIREARMS REQUALIFICATIONS | 1 |
| December 1, 2003 | IFS00F | SEMI AUTO TRAINING | 1 |
| October 30, 2003 | SEF00E | SPECIALIZED MEDICAL SERVICES FIRST AID | 24 |
| October 21, 2003 | SHQ00G | SPECIALIZED HAZARDOUS MATERIALS/CIVIL DEFENSE TERRORISM | 8 |
| October 15, 2003 | SCH00G | SPECIALIZED CONFLICT MANAGEMENT (DOMESTIC,CRISIS INTERVENTION) HATE CRIMES | 8 |
| September 15, 2003 | SHQ00G | SPECIALIZED HAZARDOUS MATERIALS/CIVIL DEFENSE TERRORISM | 8 |
| July 24, 2003 | ADD10D | HIGH LEVEL RESISTANCE CONTROL TACTIC (Rev.2022) | 24 |
| February 5, 2003 | IGJ00G | INSERVICE GENERAL OF MISCELLANEOUS  JAIL MANAGEMENT/OPERATIONS | 2 |
| | | | 2003 Total Hours : 92 |

| Date | Code | Training | Hours |
|---|---|---|---|
| December 16, 2002 | IFS00F | SEMI AUTO TRAINING | 1 |
| November 24, 2002 | IYC09G | VERBAL JUDO | 16 |
| September 26, 2002 | IYR00G | REPORT WRITING | 4 |
| September 6, 2002 | NDG02G | TASER ELECTRICAL DEVICE- (TAUGHT BY MANUF) | 8 |
| August 23, 2002 | NOA80G | CERT/TACT BASIC | 40 |
| June 26, 2002 | ADA00D | ADVANCED TRAINING DEFENSIVE TACTICS ASP BATON | 8 |
| May 22, 2002 | IGC00G | COMPUTER TRAINING | 2 |
| January 16, 2002 | IGR00G | COURT SERVICES | 2 |
| January 15, 2002 | IHT00G | FIRE SAFETY TRAINING | 4 |

2002 Total Hours : 85

| November 16, 2001 | IFO00F | OFFICER SURVIVAL | 20 |
| November 5, 2001 | IHQ02G | TERRORISM: WEAPONS OF MASS DESTRUCTI | 7 |
| September 17, 2001 | AWI01G | INTOXIMETER MODEL 5000 CERTIFICATION | 16 |
| August 30, 2001 | IEM00G | MISCELLANEOUS EMERGENCY MEDICAL | 4 |
| July 25, 2001 | IQP00G | POLICY/PROCEDURES | 2 |
| April 27, 2001 | IJO00G | JAIL OPERATIONS | 4 |

2001 Total Hours : 53

| October 4, 2000 | IJM00G | MISCELLANEOUS JAIL TRAINING | 24 |
| August 7, 2000 | IJM00G | MISCELLANEOUS JAIL TRAINING | 24 |
| June 7, 2000 | IJM00G | MISCELLANEOUS JAIL TRAINING | 4 |
| May 30, 2000 | IJO00G | JAIL OPERATIONS | 4 |
| April 21, 2000 | BMH01G | BASIC JAIL TRAINING COURSE | 80 |
| March 27, 2000 | IYJ00G | INTERPERSONAL COMMUNICATIONS | 4 |
| March 1, 2000 | IPS00G | STRESS AWARENESS | 4 |
| February 24, 2000 | IQP00G | POLICY/PROCEDURES | 2 |
| February 16, 2000 | IGG00G | OLEORESIN CAPSICUM | 4 |
| February 3, 2000 | IFS00F | SEMI AUTO TRAINING | 1 |

2000 Total Hours : 151

| July 12, 1999 | IFR00F | INSERVICE FIREARMS FIREARMS REQUALIFICATION | 1 |
| April 16, 1999 | IWS00G | STANDARDIZED FIELD SOBRIETY TESTING | 16 |
| April 14, 1999 | ILT00G | TRAFFIC LAW | 8 |
| April 13, 1999 | ITI00G | ACCIDENT INVESTIGATION | 16 |
| April 9, 1999 | ITA00G | INSERVICE TRAFFIC/PATROL Patrol Tactics | 8 |
| April 8, 1999 | ILM00G | MISCELLANEOUS LEGAL TOPICS | 8 |
| April 7, 1999 | IYR00G | REPORT WRITING | 8 |
| April 6, 1999 | IQP00G | POLICY/PROCEDURES | 4 |
| April 5, 1999 | IDD00D | DEFENSIVE TACTICS | 8 |
| April 2, 1999 | IBJ00G | INVESTIGATIONS | 4 |
| April 2, 1999 | IYC00G | INSERVICE COMMUNICATIONS Communications | 4 |
| April 1, 1999 | ICD00G | DOMESTIC VIOLENCE | 16 |
| March 30, 1999 | IDS00G | OFFICER SURVIVAL | 8 |
| March 29, 1999 | IFS00F | SEMI AUTO TRAINING | 8 |
| March 26, 1999 | ILJ00G | INSERVICE LEGAL (JUVENILE,PROCEDURE,LAW,LIABILITY) Juvenile Procedure | 8 |
| March 25, 1999 | ILG00G | GEORGIA CRIMINAL LAW | 8 |
| March 24, 1999 | ASE05T | EMERGENCY VEHICLE OPERATOR COURSE | 20 |
| March 22, 1999 | IQP00G | POLICY/PROCEDURES | 4 |

| March 19, 1999 | IDO00G | INSERVICE DEFENSIVE TACTICS OLEORESIN CAPSIUM | 4 D... |
| March 19, 1999 | UFR00F | FIREARMS REQUALIFICATIONS | 2 Nov... |
| March 18, 1999 | BML98G | BASIC LAW ENFORCEMENT TRAINING CRS... | 40 Sep... |
| March 18, 1999 | CAB01G | HEALTH AND WELLNESS AWARENESS (2023) | 22 Sep... |

1999 Total Hours : 585

## Summary of Hours for 24 Years

| Year | Total Hours | Firearms | Deadly Force | De-escalation | Community Policing |
|---|---|---|---|---|---|
| 2023 | 52 | 4 | 1 | 1 | 10 |
| 2021 | 38 | 1 | 1 | 2 | 4 |
| 2020 | 145 | 1 | 2 | 2 | 11 |
| 2019 | 45 | 3 | 1 | 2 | 2 |
| 2018 | 68 | 2 | 2 | 3 | 2 |
| 2017 | 40 | 1 | 2 | 1 | 4 |
| 2016 | 35 | 1 | 1 | 0 | 0 |
| 2015 | 62 | 1 | 1 | 0 | 0 |
| 2014 | 25 | 1 | 1 | 1 | 0 |
| 2013 | 24 | 3 | 1 | 0 | 0 |
| 2012 | 70 | 5 | 1 | 1 | 0 |
| 2011 | 123 | 3 | 1 | 0 | 0 |
| 2010 | 67 | 6 | 1 | 0 | 0 |
| 2009 | 127 | 12 | 1 | 0 | 0 |
| 2008 | 57 | 1 | 1 | 0 | 0 |
| 2007 | 27 | 1 | 1 | 0 | 0 |
| 2006 | 28 | 1 | 1 | 0 | 0 |
| 2005 | 65 | 1 | 0 | 0 | 0 |
| 2004 | 37 | 3 | 0 | 0 | 0 |
| 2003 | 92 | 2 | 0 | 0 | 0 |
| 2002 | 85 | 1 | 0 | 0 | 0 |
| 2001 | 53 | 0 | 0 | 0 | 0 |
| 2000 | 151 | 1 | 0 | 0 | 0 |
| 1999 | 585 | 3 | 0 | 0 | 0 |
| **Grand Total of Hours (all years and courses)** | **2,101** | | | | |