UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIE BRUCE BRYANT,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVEN ORR in his individual capacity,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-00085-VMC |

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 14th day of August, 2024.

                                              KEVIN P. WEIMER
                                              CLERK OF COURT


                                  By:   s/J. Underwood
                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 14, 2024
Kevin P. Weimer
Clerk of Court

By:  s/J. Underwood
      Deputy Clerk